# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 67 MM 2015
:
                 Respondent :
:
:
:
           v. :
:
:
:
TIRELL WILLIAMS, :
:
               Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2015, the Petition for Leave to File Petition for Allowance of Appeal is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is directed to file the already-completed Petition for Allowance of Appeal within 5 days of this order.